# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT KNOXVILLE

VESO J. COLLINS,          )
                                     )

               Plaintiff,     )

                                     )

v.                           )     No.:   3:05-CV-181

                                     )             (VARLAN/SHIRLEY)

JO ANNE B. BARNHART,      )

Commissioner of Social Security,  )

                                     )

              Defendant.    )

## ORDER

This Social Security appeal is before the Court for consideration of the Report and Recommendation entered by United States Magistrate Judge C. Clifford Shirley Jr. on March 9, 2006 [Doc. 24]. There have been no timely objections to the Report and Recommendation, and enough time has passed since the filing of the Report and Recommendation to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Magistrate Judge Shirley found that the Administrative Law Judge considered and discussed plaintiff's alleged mental impairments before finding that the record evidence did not establish any disabling mental impairment, and this decision is supported by substantial evidence in the record as a whole. Accordingly, Judge Shirley recommended that plaintiff's motion to remand [Doc. 18] be denied and that defendant Commissioner's motion for summary judgment [Doc. 22] be granted.

The Court has carefully reviewed this matter, including the underlying pleadings. [*See* Docs. 18, 19, 22, 23]. The Court is in agreement with Magistrate Judge Shirley's recommendation, which the Court hereby adopts and incorporates into its ruling. Accordingly, plaintiff's motion to remand [Doc. 18] is **DENIED**, and defendant's motion for summary judgment [Doc. 22] is **GRANTED**. The Court **ACCEPTS IN WHOLE** the Report and Recommendation and this case is hereby **DISMISSED**.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE